UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-10-01-JL

<u>Otis Campbell</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                <u>/s/ Joseph N. Laplante</u>
                                                Joseph N. Laplante
                                                United States District Judge

Date:  February 18, 2009


cc:   Terry Ollila, Esq.
      Richard Monteith, Jr., Esq.
      U.S. Marshal
      U.S. Probation